# EXHIBIT B

**U.S. Patent No. US 8,799,083 v. Denny's Corporation**

1

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method, comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone; | Denny's Corporation ("Company") performs and/or induces others to perform a method comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides an online food ordering platform that allows users to order food online from the restaurant menu displayed within the platform ("receiving at least one request of at least one service related to a restaurant menu") using various devices such as smartphones, and tablets ("mobile phone"). Further, the platform allows users to perform various functionalities such as providing options of store pickup and delivery, finding nearby Denny's locations, and viewing menus.<br><br>![Denny's website screenshot showing navigation with MENU, LOCATIONS, REWARDS, ABOUT US, DINER DRIP, GIFT CARDS, ESPAÑOL, and ORDER NOW highlighted, with promotional image "INTRODUCING: THE BERRY WAFFLE SLAM® Breakfast in a Liège of its own." and a "FIND YOUR DENNY'S" button]<br><br>Source: https://www.dennys.com |

2



Source: https://www.dennys.com/order

Source: https://www.dennys.com/location/248646/menu (annotated)

3



Source: https://www.dennys.com/location/248646/menu/breakfast-sides/french-toast (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

4

| | |
|---|---|
| [1.1] uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and | Company performs and/or induces others to perform a step of uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after selection of the meal options, the user receives the bill for the ordered meal ("bill for the at least one service") through the Company's platform ("a system of a restaurant") being accessed on the user's smartphone.<br><br><br><br>Source: https://www.dennys.com/order/checkout (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

5

| | |
|---|---|
| [1.2] performing a self-checkout by a at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant. | Company performs and/or induces others to perform a step of performing a self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the user ("customer") receives the bill, the platform allows the user to pay the bill through a checkout option ("self-checkout by at least one customer") where the user pays the bill through multiple payment methods such as a credit card and gift card ("without interaction with the staff associated with the restaurant").<br><br>Source: https://www.dennys.com/order/checkout (annotated) |

6



payment for the at least one service is submitted via the mobile phone

Source: https://www.dennys.com/order/checkout (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

7

## 2. List of References

1. https://www.dennys.com, last accessed on 02 May, 2024.
2. https://www.dennys.com/order, last accessed on 02 May, 2024.
3. https://www.dennys.com/location/248646/menu, last accessed on 02 May, 2024.
4. https://www.dennys.com/location/248646/menu/breakfast-sides/french-toast, last accessed on 02 May, 2024.
5. https://www.dennys.com/order/checkout, last accessed on 02 May, 2024.